MARGARET C. REID, Appellant, v. DANIEL G. REID, Respondent. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARGARET C. REID, Appellant, v. DANIEL G. REID, Respondent. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SIEGMUND KUKER, Respondent, v. STOCKHOLMS ENSKILDA BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

AKTIE BOLAGET MALAREPROVINSERNAS BANK, Respondent, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HENRY RYDER, Respondent, v. THOMAS M. ACKEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MILDRED F. TRAITEL, Respondent, v. DAVID S. TRAITEL, Appellant.— Order modified by reducing counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application of SAMUEL SILVER, INC., Respondent, for an Order Directing that Arbitration Proceed to Settle a Controversy between Petitioner and the UNITED STATES WORSTED SALES Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MATILDA WEISBECKER and Others, as Executors of and Trustees under the Last Will and Testament of CHARLES WEISBECKER, Deceased, Appellants, v. JOHN MOHL, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J, Laughlin, Dowling, Page and Merrell, JJ.

AUTOMATIC SWITCH COMPANY, Appellant, v. RAPID ADDRESSING MACHINE COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CLARENCE E. BLOCK, Respondent, v. JOHN W. BLOCK, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

KATTI BARTH, Appellant, v. THERESA JERSKI, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ANNIE WILDBERG, Appellant, v. ST. JOHN'S GUILD, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CARL WILDBERG, Appellant, v. ST. JOHN'S GUILD, INC., Respondent. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page. and Merrell, JJ.